CASE-CLOSED, CASE-MANAGER-BRYANT, CASE-REFERRED

# U.S. District Court
## Middle District of Tennessee (Nashville)
## CIVIL DOCKET FOR CASE #: 3:07-cv-00282
### Internal Use Only

| | |
|---|---|
| Davis v. LG Philips LCD Company LTD et al | Date Filed: 03/08/2007 |
| Assigned to: District Judge Robert Echols | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge John S. Bryant | Nature of Suit: 410 Anti-Trust |
| Cause: 15:1 Antitrust Litigation | Jurisdiction: Federal Question |

**Plaintiff**

**Kathleen C. Davis**
*and all others similarly situated*

represented by **C. Dewey Branstetter, Jr.**
Branstetter, Stranch & Jennings
227 Second Avenue, N
4th Floor
Nashville, TN 37201
(615) 254-8801
Email: cdbjr@branstetterlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel E. Gustafson**
Gustafson Gluek, PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
US
(612) 333-8844
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garrett Blanchfield**
Reinhardt, Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
US
(651) 287-2100
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Gerard Stranch, IV**
Branstetter, Stranch & Jennings
227 Second Avenue, N
4th Floor
Nashville, TN 37201

(615) 254-8801
Email: gstranch@branstetterlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason S. Kilene**
Gustafson Gluek, PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
US
(612) 333-8844
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Renae D. Steiner**
Gustafson Gluek, PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
US
(612) 333-8844
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LG Philips LCD Company LTD**

**Defendant**

**LG Philips LCD America, Inc.**

**Defendant**

**LG Electronics Inc.**

**Defendant**

**Royal Philips Electronics NV**

**Defendant**

**Samsung Electronics Co., Ltd.**

**Defendant**

**Samsung Semiconductor, Inc.**

**Defendant**

**AU Optronics Corporation**

**Defendant**

AU Optronics Corporation

**Defendant**

AU Optronics Corporation America

**Defendant**

Chi Mei Optoelectronics

**Defendant**

Chi Mei Optoelectronics USA, Inc.

**Defendant**

Sharp Corporation

**Defendant**

Sharp Electronics Corporation

**Defendant**

Toshiba Corporation

**Defendant**

Matsushita Display Technology Co., Ltd.

**Defendant**

Hitachi Ltd.

**Defendant**

Hitachi Displays, Ltd.

**Defendant**

Hitachi America Ltd.

**Defendant**

Hitachi Electronic Devices (USA), Inc.

**Defendant**

Sanyo Epson Imaging Devices Corporation

**Defendant**

NEC Corporation

**Defendant**

NEC LCD Technologies, Ltd.

**Defendant**

**IDT International Ltd.**

**Defendant**

**International Display Technology Co., Ltd.**

**Defendant**

**International Display Technology USA Inc.**

**Defendant**

**Chunghwa Picture Tubes Ltd.**

**Defendant**

**HannStar Display Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2007 | 1 | COMPLAINT against LG Philips LCD America, Inc., LG Electronics Inc., Royal Philips Electronics NV, Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., AU Optronics Corporation, AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics, Chi Mei Optoelectronics USA, Inc., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Matsushita Display Technology Co., Ltd., Hitachi Ltd., Hitachi Displays, Ltd., Hitachi America Ltd., Hitachi Electronic Devices (USA), Inc., Sanyo Epson Imaging Devices Corporation, NEC Corporation, NEC LCD Technologies, Ltd., IDT International Ltd., International Display Technology Co., Ltd., International Display Technology USA Inc., Chunghwa Picture Tubes Ltd., HannStar Display Corporation, LG Philips LCD Company LTD , filed by Kathleen C. Davis.(Filing fee paid $350.) No Summons issued.(eh) (Entered: 03/09/2007) |
| 03/08/2007 | 2 | NOTICE from USDC Clerk regarding Corporate Disclosure Statement requirement (eh) (Entered: 03/09/2007) |
| 03/08/2007 | 3 | NOTICE of Initial Case Management Conference set for Monday 5/7/2007 at 09:30 AM in Courtroom 776 before Magistrate Judge John S. Bryant. (eh) (Entered: 03/09/2007) |
| 04/02/2007 | 4 | Letter from deputy clerk to Attys Gustafson, Kilene and Steiner re compliance with Local Rule 83.01. (gi, ) (Entered: 04/04/2007) |
| 04/02/2007 | 5 | Letter from deputy clerk to Atty Blanchfield re compliance with Local Rule 83.01. (gi, ) (Entered: 04/04/2007) |
| 05/17/2007 | 6 | COPY OF CONDITIONAL TRANSFER ORDER (CTO 1) in re TFT-LCD (Flat Panel) Antitrust Litigation rec'd this date from the MDL Judicial Panel transferring this case to the Northern District of California. This order is NOT EFFECTIVE until filed in the NDCA. (DO NOT TRANSFER until certified copy of this order is received from the |

| | | |
|---|---|---|
| | | NDCA) (aef, ) (Entered: 05/17/2007) |
| 06/04/2007 | 7 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO 1) rec'd this date from the ND of California. The case is ready for transfer. Proposed closing/transfer order prepared & sent to Judge Echols for his consideration. (aef, ) (Entered: 06/04/2007) |
| 06/11/2007 | 8 | ORDER: pursuant to the order of the MDL, Docket No. 1827, this case is transferred to USDC ND/CA for consolidated pretrial proceedings. The Clerk shall admisinstratively close the case and transmit the record to the Northern District of California. Signed by Judge Robert Echols on 6/11/07. (hv) (Entered: 06/11/2007) |